UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY DOE et al., )
    Plaintiffs, )
)
v. ) C.A. No. 17-365-JJM-LDA
)
CITY OF PAWTUCKET et al., )
    Defendants. )

ORDER

This matter came before the Court for a chambers conference on Thursday, August 31, 2017. After hearing from counsel for each side, it is hereby

ORDERED, ADJUDGED, AND DECREED

The Defendants shall cooperate fully and expeditiously in providing to the Plaintiff's attorneys the reports from teachers and administrators, as well as current transcripts, necessary for submission by the Plaintiff to the St. Andrews School Admission's Office. If St. Andrews School in Barrington, R.I. admits the minor Plaintiff, the Defendants shall, as offered, pay the costs of tuition and fees required for her attendance in the day program at St. Andrews.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge
August 31, 2017