# **Exhibit D**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARY DOE, parent and next of friend of <br> JANE DOE, as minor in and for her own behalf <br> and in their own right, <br>     *Plaintiffs,* <br> <br> v. <br> <br> CITY OF PAWTUCKET, <br> RHODE ISLAND, et al, <br>     *Defendants.* | : <br> : <br> : <br> : <br> : <br> :     C.A. No. 17-365-M-LDA <br> : <br> : <br> : <br> : |

## DEFENDANT PAWTUCKET SCHOOL DEPARTMENT's
## RESPONSE TO PLAINTIFFS' SUBPOENAS DUCES TECUM SERVED JUNE 16, 2022

Now comes Defendant Pawtucket School Department ("PSD"), and provides the following responses and documents in response to the Subpoenas Duces Tecum and corresponding "Exhibits A" (further identified below) which were served by Plaintiffs Jane and Mary Doe on PSD on June 16, 2022, pursuant to the Court's order of July 9, 2022. *See* ECF No. 114. PSD's documents in response thereto are enclosed herewith.

### Subpoena I (Return time of 11:00 a.m.)

**Request No. 1**: Full and complete Employment Files for Dr. David Morton and Dr. Linda Gifford

**Response**: Dr. Morton's employment file is produced at PSD/PARSONS0173-PSD/PARSONS0182. Dr. Gifford's employment file is produced at PSD/PARSONS0598-PSD/PARSONS0623.

### Subpoena II (Return time of 11:30 a.m.)

**Request No. 1**: True, certified copies of: any and all documents, reports, notes, memos, inter-office memos, e-mails, facsimile transmissions, transcriptions, writings, electronic information of any sort, photos, audio and/or video recordings, telephone calls and/or communications, drawings, sketches, witness statements, complainant(s) statement(s), list(s) of witnesses and/or any person(s) having any knowledge or suspected knowledge of any sexual assault and/or molestation that took place at the Pawtucket Learning Academy between January 1, 2014 to the present.

**Response**: See generally the documents produced at PSD/PARSONS0001-PSD/PARSONS0777.

**Request No. 2**: True, certified copies of: any and all submission(s), whether written, telephonic, e-mail, electronic or digital transmissions, or otherwise, to the Rhode Island Department of Children Youth and Families of any report(s) of sexual assault and/or molestation, or allegations thereof, that took place at the Pawtucket Learning Academy between January 1, 2014 to the present. This request shall include, but not be limited to the following:

   a. Report/Transcript to DCYF Re: David Morton Incident Report 17-2975-OF;
   b. Report/Transcript to DCYF Re: David Morton Arrest Report 17-2930-AR;
   c. Report/Transcript to DCYF Re: Adriel Nieves Incident Report 16-4992-OF;
   d. Report/Transcript to DCYF Re: Elijah Cadieux Arrest Report 16-929-AR;
   e. Report/Transcript to DCYF Re: Samuel Jaboin Arrest Report 16-928-AR;
   f. Report/Transcript to DCYF Re: Ivander DeBurgo Arrest Report 16-404-AR.

**Response**: No responsive documents, other than the documents produced at PSD/PARSONS0001-PSD/PARSONS0777, are in PSD's possession, custody, or control.

**Request No. 3**: All DVDs and/or videotapes of the following:

   a. DVD of interview of Lashon Parsons w. Det. Brandley-Re: Arrest Reports 16-028-AR and Arrest Report 16-929-AR;
   b. DVD of interview of Elijah Cadieux w. Det. Berube Arrest Report 16-919-AR;
   c. DVD of interview of Samuel Jaboin w. Det. Berube Arrest Report 16-918-AR;
   d. DVD of interview of Lashon Parsons Re: Incident Report 17-2930-AR.

**Response**: None of the requested documents are in PSD's possession, custody, or control.

**Request No. 4**: The following ORIGINAL documents:
Any and all written statements, signed or unsigned, including but not limited to "Witness Statements" obtained in the investigation of David Morton - Incident Report 17-2975-OF or relating thereto, These ORIGINAL documents shall include, but not be limited to:
   a. Witness Statement of Brooke Ferreira, dated May 16, 2016;
   b. Witness Statement of Ashley Ferreira, dated May 16, 2016;
   c. Written statement of Elizabeth Flynn, dated May 4, 2017;
   d. Written statement (author unknown) of interview of Maria San Martino, dated May 2, 2017;
   e. Written statement of Ashley Ferreira dated May 4, 2017;
   f. Written statement of Brooke Ferreira dated May S, 2017;
   g. Written statement of Alexia Barbosa dated May 4, 2017.

**Response**: No responsive documents, other than the documents produced at PSD/PARSONS0001-PSD/PARSONS0777, are in the possession, custody, or control of PSD.

**Subpoena III (Return time of 12:00 p.m.)**

**Request No. 1**: Regarding cameras, video, and other surveillance in the interior and exterior of the Pawtucket Learning Academy, located at 286 Main Street, Pawtucket, RI, the following:
- a. True and certified copies of all contracts, work orders, schematics, and invoices from any and all providers of surveillance system design, maintenance, installation, repair, and servicing from May 1, 2016 through the present.
- b. Schematics, diagrams or other documentation showing the location of all cameras, whether video or still, within the PLA on May 1, 2016.
- c. True a [sic] certified copies of the video tapes, camera photographs and any other surveillance footage from within the PLA on the following dates:
    1. May 1-10, 2016;
    2. June 4-7, 2016;
    3. April 7, 2017.

**Response**: No responsive documents are in PSD's possession, custody, or control.

**Request No. 2**: Regarding the interior of the Pawtucket Learning Academy, located at 286 Main Street, Pawtucket, RI, the following:
- a. Floor plans of the interior of the PLA on June 1, 2016;
- b. Floor plans of the interior of the PLA at present;
- c. True and certified copies of all contracts, work orders, plans, building permits, and invoices for any renovations, alterations, additions, and/or improvements performed within the PLA from June 8, 2016 through the present.

**Response**: PSD has not identified any responsive documents in its possession, custody, or control. PSD reserves the right to supplement any responsive documents as soon as any are identified.

                      Defendant,
                      Pawtucket School Department,
                      By its Attorney,

                      */s/ William J. Conley, Jr.*
                      William J. Conley, Jr., Esq. (#2149)
                      123 Dyer Street, 2nd Floor
                      Providence, RI  02906
                      (401) 415-9835
                      (401) 415-9834 FAX
                      wconley@conleylawri.com

Date: July 15, 2022

4

## CERTIFICATION OF SERVICE

I hereby certify that the within documents and attachments have been electronically mailed to the following on July 15, 2022:

George P. Hovarth, Esq.
ghovarthesq@verizon.net

                                              */s/ Santiago H. Posas*