# **<u>Exhibit E</u>**



Sharon Kitchin <kitchins@psdri.net>

## David Morton

# Attorney-Client Privilege

**3 attachments**

 **Morton Personnel File 1.pdf**
5892K

 **Morton Personnel File 2.pdf**
8203K

**Morton Medical file.pdf**
5499K

PSD/PARSONS0173



Sharon Kitchin <kitchins@psdri.net>

# David Morton

**Janice Goulet** <jgoulet@brcsm.com>                                     Tue, Oct 9, 2018 at 9:58 AM
To: "Sharon L. Kitchin (kitchins@psdri.net)" <kitchins@psdri.net>
Cc: "Jon M. Anderson" <janderson@brcsm.com>, Patricia DiCenso <dicensop@psdri.net>

Attached is a request from David Morton for a copy of his employee file.

If you can send the file to us in pdf format, that would be great. Otherwise, please send two copies by regular mail.

Thank you.

Janice

Janice V. Goulet, Legal Assistant

362 Broadway, Providence, RI 02909

401.453.2300 (o) / 401.453.2345 (f)

Web:    www.BRCSM.com

🖶 Please consider the environment before printing this email



BRCSM
Brennan / Recupero / Cascione /
Scungio / McAllister LLP

Confidentiality Notice: This e-mail, including all attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact me and destroy all copies of this message.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

PSD/PARSONS0174



**PANNONE LOPES DEVEREAUX & O'GARA** LLC

counselors at law

Matthew C. Reeber
401 824-5105
mreeber@pldolaw.com

October 4, 2018

Jon M. Anderson, Esq.
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909-1434

Re: <u>Jane Doe v. David Morton et al.</u>, C.A. No. 17-365-M-LDA

Dear Jon:

Enclosed please find an authorization from David Morton allowing my office to obtain a copy of Mr. Morton's employee file from the City of Pawtucket's School Department.

Thank you for your time and attention to this matter.

Very truly yours,

PANNONE LOPES DEVEREAUX & O'GARA LLC

Matthew C. Reeber

MCR
Enclosure

4851-9770-7382, v. 1

Northwoods Office Park
1301 Atwood Avenue, Suite 215 N   Johnston, RI  02919
tel 401 824 5100    fax 401 824 5123

PSD/PARSONS0175

pldolaw.com

David Morton<br>
c/o Matthew C. Reeber, Esq.<br>
Pannone Lopes Devereaux & O'Gara LLC<br>
1301 Atwood Avenue, Suite 215 N<br>
Johnston, Rhode Island 02919

Pawtucket School Department<br>
Attn: Human Resources Department<br>
286 Main Street<br>
Pawtucket, RI 02860

September 6, 2018

  Re: <u>Request for Copy of Employee File</u>

Dear Human Resources:

  I, David Morton, write to request that pursuant to R.I. Gen. Laws § 28-6.4-1 that I be sent a copy of my employee file. Section 28-6.4-1 of the Rhode Island General Laws permits a former employee to inspect "personnel files which are used or have been used to determine that employee's qualifications for employment, promotion, additional compensation, termination, or disciplinary action."

  Can you please mail me a copy of my complete employee file, care of my attorney Matthew C. Reeber, to the following address: David Morton, c/o Matthew C. Reeber, Esq., 1301 Atwood Avenue, Suite 215 N, Johnston, Rhode Island 02919.

  Thank you for your time and attention to this matter.

Sincerely,<br>
<i>[signature]</i><br>
David Morton

PSD/PARSONS0176

University Internal Medicine, Inc.
MADHAVI N. YERNENI MD
407 East Ave Suite 120
Pawtucket, RI 02860-5899
(401) 725 -4700

University Internal Medicine, Inc.
407 East Avenue, Suite 120
Pawtcfket RI 02860
(401- 725 - 4700)\

Ms. Tereza Pereira
Human Resources
Pawtucket School Department
286 S. Main Street
Pawtect. RI  029815

Pertaining to;          **Dr. David S.Morton,MD**
Use of Medication:   **Meloxicam during School day**


To whom it may concern:

DAVID MORTON MD is under my care for chronic headaches and muscle pain due to injuries to the brain, muscular structure and nervous system sustained during combat duties while serving in the Vietnam War.

Dr. Morton needs immediate access to the meloxicam to decrease and maintain the pain level which prevents escalation of the issue lowers the limits of the incursion.

Thank you for assisting him.

(PLEASE NOTE CLERICAL ERROR: In line 1 and two of my first fax: It is corrected to rea. "for chronic headaches and muscle pain due to injuries to the brain, muscular structure and nervous system sustained during combat duties serving in the military during the Vietnam War."

Electronically signed MADHAVI N. YERNENI MD
Dec 16, 2016 8:49 am

PSD/PARSONS0177

University Internal Medicine, Inc
MADHAVI N. YERNENI MD
407 East Ave Suite 120
Pawtucket, RI 02860-5899
(401) 725-4700

Dec 16, 2016

RE:     DAVID MORTON MD
DOB:    03/15/1944

To whom it may concern:

DAVID MORTON MD is under my care for chronic pain related to post polio syndrome and needs to take meloxicam daily to help with this pain control. Thank you for assisting him

*Madhavi Yerneni*

Electronically signed by MADHAVI N. YERNENI MD
Dec 16, 2016 8:49 am

PSD/PARSONS0178

University Internal Medicine, Inc
407 East Ave Suite 120
Pawtucket, RI 02860-5899
(401) 725-4700


10-14-2016


Re: DAVID MORTON MD
DOB: 03/15/1944

To Whom It May Concern,

DAVID MORTON MD was evaluated in my office. Due to Right elbow contusion patient should remain out of work 10-14-2016 to 10-16-2016. He might need to stay out of work on 10/17/2016 if necessary


Sincerely,

Electronically signed by MADHAVI N. YERNENI MD
Oct 14, 2016 1:39 pm

PSD/PARSONS0179



***Pawtucket School Department***
Administration Building
286 Main Street, P.O. Box 388
Pawtucket, Rhode Island 02860
Phone: (401) 729-6300  Fax: (401) 727-1641  TDD (401) 729-6338

June 2, 2017

Dr. David Morton
34 Eddy Road
Chepachet, Rhode Island 02814

Dear Dr. Morton,

This letter is in regards to your correspondence dated May 12, 2017, regarding your retirement from your position in the Pawtucket School Department, effective May 12, 2017.

It is imperative that you personally return your ID Badge and Chromebook to the Technology Department at the Administration Building.

Please keep in mind it is vital that you submit all state retirement paperwork to Cindy Antypas, Benefits/Payroll Supervisor, as soon as possible.

Should you have any questions regarding your health benefits, please contact Terri Fleury at 401.729.6341.

Thank you for your many years of dedicated service to the students of Pawtucket.

Cordially,

*Patricia Censo*

Patricia DiCenso
Superintendent of Schools

Cc:    Personnel File
       Ronald Beaupre, Union President
       Business Office

The Pawtucket School Department does not discriminate on the basis of age, sex, race, religion, national origin, color or disability in accordance with applicable laws and regulations.

PSD/PARSONS0180

May 12, 2017

Ms. Patricia DiCenso
Pawtucket Superintendent of Schools
286 Main Street, Box 388
Pawtucket, Rhode Island 02860

Dear Ms. DiCenso:

    Please be advised that I hereby retire from my position with the Pawtucket School Department effective May 12, 2017.

Sincerely,

David Morton, Ph.D.

P:\DOCS\PAWTA\42221\LETTERS\26H9885.DOCX

PSD/PARSONS0181





PSD/PARSONS0182

▮▮▮▮▮▮ (▮▮▮▮) as of 05/26/2017

[Download PDF]

## Member Information

| | | | |
|---|---|---|---|
| Member | Pawtucket School Department | Postal | 02862 |
| Address | 286 Main Street | County | Providence |
| City | Pawtucket | Phone | (401) 729-6300 |
| State | Rhode Island | | |

## General Information

| | | | |
|---|---|---|---|
| Contact Person | Rabbitt, Lee | Claimant's Name | ▮▮▮▮ |
| Contact Phone | 4017296328 | Claimant's Address | ▮▮▮▮ |
| Contact Email | rabbittl@psdri.net | City | Pawtucket |
| Department of Loss | Schools | State | Rhode Island |
| | | Zip Code | 02860 |
| | | Claimant's Phone | 401▮▮▮▮ |

## Claim Information

**Date of Incident ***
05/03/2017

**Date you became aware of incident/claim: ***
05/03/2017

**Description of Accident/Loss ***
Please note delay in incident report due to investigation

Student reported being inappropriately touched on the thigh sometime in January by Dr. David Morton at school. Dr. Morton is a special education teacher who has retired. Parents have been notified.

**Has there been a Police Investigation? ***
Yes

**Has the Member settled the claim itself?**

**If yes, amount of the settlement/repairs:**

**Names, addresses and phone numbers of witnesses:**

## Accident Location

PSD/PARSONS0628

███████████ (███) as of 05/26/2017

[Download PDF]

## Member Information

| | | | |
|---|---|---|---|
| Member | Pawtucket School Department | Postal | 02862 |
| Address | 286 Main Street | County | Providence |
| City | Pawtucket | Phone | (401) 729-6300 |
| State | Rhode Island | | |

## General Information

| | | | |
|---|---|---|---|
| Contact Person | Rabbitt, Lee | Claimant's Name | ███████ |
| Contact Phone | 4017296328 | Claimant's Address | ███████ |
| Contact Email | rabbittl@psdri.net | City | Pawtucket |
| Department of Loss | Schools | State | Rhode Island |
| | | Zip Code | 02861 |
| | | Claimant's Phone | 401██████ |

## Claim Information

**Date of Incident ***
05/03/2017

**Date you became aware of incident/claim: ***
05/03/2017

**Description of Accident/Loss ***
Please note delay in incident report due to investigation

Student reported being inappropriately touched on the thigh sometime in January by Dr. David Morton at school. Dr. Morton is a special education teacher who has retired. Parents have been notified.

**Has there been a Police Investigation? ***
Yes

**Has the Member settled the claim itself?**

**If yes, amount of the settlement/repairs:**

**Names, addresses and phone numbers of witnesses:**

## Accident Location

PSD/PARSONS0629

▮▮▮▮▮▮ ( ▮▮▮ ) as of 05/26/2017

Download PDF

## Member Information

| | | | |
|---|---|---|---|
| Member | Pawtucket School Department | Postal | 02862 |
| Address | 286 Main Street | County | Providence |
| City | Pawtucket | Phone | (401) 729-6300 |
| State | Rhode Island | | |

## General Information

| | | | |
|---|---|---|---|
| Contact Person | Rabbitt, Lee | Claimant's Name | ▮▮▮▮▮ |
| Contact Phone | 401729328 | Claimant's Address | ▮▮▮▮▮ |
| Contact Email | rabbittl@psdri.net | City | Pawtucket |
| Department of Loss | Schools | State | Rhode Island |
| | | Zip Code | 02861 |
| | | Claimant's Phone | 401▮▮▮▮ |

## Claim Information

**Date of Incident ***
05/03/2017

**Date you became aware of incident/claim: ***
05/03/2017

**Description of Accident/Loss ***
Please note delay in incident report due to investigation

Student reported being inappropriately touched on the thigh sometime in January by Dr. David Morton at school. Dr. Morton is a special education teacher who has retired. Parents have been notified.

**Has there been a Police Investigation? ***
Yes

Has the Member settled the claim itself?

If yes, amount of the settlement/repairs:

Names, addresses and phone numbers of witnesses:

## Accident Location

PSD/PARSONS0630

▮▮▮▮▮▮▮▮▮▮▮ ( ▮▮▮▮▮▮▮ as of 05/26/2017

Download PDF

## Member Information

| | | | |
|---|---|---|---|
| Member | Pawtucket School Department | Postal | 02862 |
| Address | 286 Main Street | County | Providence |
| City | Pawtucket | Phone | (401) 729-6300 |
| State | Rhode Island | | |

## General Information

| | | | |
|---|---|---|---|
| Contact Person | Rabbitt, Lee | Claimant's Name | ▮▮▮▮▮▮ |
| Contact Phone | 4017296328 | Claimant's Address | ▮▮▮▮▮▮ |
| Contact Email | rabbittl@psdri.net | City | Pawtucket |
| | | State | Rhode Island |
| | | Zip Code | 02861 |
| | | Claimant's Phone | 401▮▮▮▮▮ |

## Claim Information

**Date of Incident ***
06/07/2016

**Date you became aware of incident/claim: ***
06/07/2016

**Description of Accident/Loss ***
The minor claimant alleged sexual misconduct after school by a student (age 18). The student was arrested, the case was brought to the grand jury and subsequently the student reached a plea agreement. The student is currently incarcerated.
Legal letters recently received and attached to the claim...letters are dated May 10, 2017 and May 19, 2017 - just received.

**Has there been a Police Investigation? ***
Yes

**Has the Member settled the claim itself?**
No

**If yes, amount of the settlement/repairs:**

**Names, addresses and phone numbers of witnesses:**
See attached 3 witness statement

## Accident Location

## Files

| File | Description | Folder | Attached By | Attach Date | Size |
|---|---|---|---|---|---|
| Witness statements - ▮▮▮▮▮ incident 2016.pdf | | MEMBER | Melissa Devine | 05/22/2017 | 350kb |
| Lawyers Letter - Hovarth & Hovarth dated May 10 2017.pdf | | MEMBER | Melissa Devine | 05/22/2017 | 76kb |
| Lawyers Letter - Hovarth & Hvarth dated May 19 2017.pdf | | MEMBER | Melissa Devine | 05/22/2017 | 167kb |

PSD/PARSONS0631

▮▮▮▮ (▮▮▮) as of 05/26/2017

[Download PDF]

## Member Information

| | | | |
|---|---|---|---|
| Member | Pawtucket School Department | Postal | 02862 |
| Address | 286 Main Street | County | Providence |
| City | Pawtucket | Phone | (401) 729-6300 |
| State | Rhode Island | | |

## General Information

| | | | |
|---|---|---|---|
| Contact Person | Rabbitt, Lee | Claimant's Name | ▮▮▮▮ |
| Contact Phone | 401-729-6329 | Claimant's Address | ▮▮▮▮ |
| Contact Email | rabbittl@psdri.net | City | Pawtucket |
| Department of Loss | Schools | State | Rhode Island |

## Claim Information

**Date of Incident ***
04/07/2017

**Date you became aware of incident/claim: ***
04/07/2017

**Description of Accident/Loss ***
Per Mrs. Rabbitt email of report on 4/12/17 - Dr. David Morton, a special education secondary teacher, has been placed on administrative, paid leave pending an investigation. The school department is investigating an allegation of misconduct involving a minor age student. The student is ▮▮▮▮ The alleged incident occurred on April 7, 2017 and was reported on that afternoon. It is our understanding that the parent may have contacted an attorney.

**Has there been a Police Investigation? ***
Yes

**Has the Member settled the claim itself?**

**If yes, amount of the settlement/repairs:**

**Names, addresses and phone numbers of witnesses:**

## Accident Location

PSD/PARSONS0632