UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOE, parent and next of friend of MARY DOE, a minor in and for her own behalf and in their own right,<br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>CITY OF PAWTUCKET, et. al.<br>　　　　*Defendants* | C.A. No. 17-365-M-LDA |

### DEFENDANTS', CITY OF PAWTUCKET AND PAWTUCKET SCHOOL DEPARTMENT'S, MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, City of Pawtucket and Pawtucket School Department, and hereby move for the entry of Summary Judgment. In support thereof, Defendants rely upon the Memorandum of Law, attached and incorporated herein.

　　　　　　　　　　　　　　　　　　Defendants,
　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　*/s/ Marc DeSisto*
　　　　　　　　　　　　　　　　　　Marc DeSisto, Esq. (#2757)
　　　　　　　　　　　　　　　　　　DeSisto Law LLC
　　　　　　　　　　　　　　　　　　60 Ship Street
　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　401-272-4442
　　　　　　　　　　　　　　　　　　marc@desistolaw.com

CERTIFICATION OF SERVICE

　　I hereby certify that the within document has been electronically filed with the Court on this 8th day of August 2022 and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

　　George P. Hovarth, Esq.
　　ghovarthesq@verizon.net
　　　　　　　　　　　　　　　　　　*/s/ Marc DeSisto*