George Patrick Hovarth. RIB #5683
Hovarth & Hovarth
75 Park Place
Pawtucket, R.I. 02860
(401) 723-9010
E-mail: ghovarthesq@verizon.net
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE Doe, et alii<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF PAWTUCKET, et alii,<br><br>　　　　　　　　Defendants | CA. 17-00365-JJM-LDA |

**PLAINTIFFS' OBJECTION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT, DATED AUGUST 8, 2022**

COME NOW the Plaintiffs who, by and through their attorney, OBJECTS to Defendants' Motion for Summary Judgment, which Motion was filed on August 8, 2022.

In support of their OBJECTION, the Plaintiffs' hereby rely upon the Memorandum of Law, filed herewith.

DATED:    August 22, 2022

Plaintiffs,

By Their Attorneys

/s/ George Patrick Hovarth
George Patrick Hovarth #5683
75 Park Place
Pawtucket, RI 02860
401-723-9010
Fax: 401-723-3130
E-mail: ghovarthesq@verizon.net
hovarthlaw@verizon.net